MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, Nevada 89102
702-870-8700
702-870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHRISTIE DELARA,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and ALLY FINANCIAL INC.,

        Defendants.

NO.

JURY DEMANDED

COMPLAINT

JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendants perpetrated therein.

PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3. Plaintiff is a natural person and resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. The Defendant, Experian Information Solutions, Inc. ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5. Experian is a consumer reporting agency, as defined in § 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

6. Defendant, Ally Financial Inc. (Ally), fka GMAC, is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

7. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendants.

8. Plaintiff has been disputing the Defendants' reporting since 2008.

9. Plaintiff has written and called both Defendants numerous times.

10. Plaintiff has been rudely treated by Ally's customer service representatives while Experian's various representatives have largely ignored her.

11. In 1996 Plaintiff and her husband, Jason, entered into an auto lease with Ally (fka, GMAC).

12. The loan was paid off in full during 1999.

13. All Plaintiff's payments were timely.

14. Recently Plaintiff attempted to acquire residential financing.

15. Plaintiff learned that Ally *was still* negatively reporting its account on Plaintiff's Experian report (Exhibit 1).

16. This adversely impacted Plaintiff's credit score.

17. Plaintiff again disputed Ally's reporting with Experian.

18. Experian again conveyed Plaintiff's dispute to Ally.

19. Defendants confirmed the tradeline's negative status on August 17, 2012 (Exhibit 2).

20. Incomprehensibly, Exhibits 1 and 2 reflect serial delinquencies over the last two years (on an account paid in full during President Clinton's administration).

21. Defendants reporting is inaccurate *per se* and is reported in explicit violation of FCRA § 1681c(a)(5).

22. The Ally tradeline is the sole negative account on Plaintiff's otherwise perfect credit profile.

STATEMENT OF CLAIM AS AGAINST EXPERIAN

23. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

a. By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiffs, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

3

      b.    By willfully and/or negligently failing to comport with FCRA § 1681i.

### STATEMENT OF CLAIM AS AGAINST ALLY

24. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

      a.    By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

### PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the Court grant the following relief as against Defendants:

    a) actual damages;
    b) punitive damages;
    c) attorney's fees; and
    d) costs.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, Nevada 89102
Attorney for Plaintiff





## Online Personal Credit Report from Experian for

Experian credit report prepared for
**CHRISTIE DELARA**
Your report number is
**4084-9375-43**
Report date:
**09/22/2012**

Index:
- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                                                                back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review                                                  back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

**Payment history legend**
- OK   Current/Terms of agreement met
- 30   Account 30 days past due
- 60   Account 60 days past due
- 90   Account 90 days past due
- VS   Voluntarily surrendered
- R    Repossession
- PBC  Paid by creditor
- IC   Insurance claim



| | | | |
|---|---|---|---|
| 120 | Account 120 days past due | CG | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

# Credit Items

For your protection, the last few digits of your account numbers do not display.

**GMAC**

Address:
PO BOX 380901
BLOOMINGTON, MN 55438
(888) 925-2559

Address Identification Number:
0178374645

Status: Paid,Closed.

Account Number:
02164103....

Status Details:
This item was updated from our processing of your dispute in Aug 2012.

Date Opened:
03/1996
Reported Since:
08/2005
Date of Status:
08/2012
Last Reported:
08/2012

Type:
Auto Lease
Terms:
36 Months
Monthly Payment:
$0
Responsibility:
Joint with JASON S KNIGHT

Credit Limit/Original Amount:
$17,411
High Balance:
NA
Recent Balance:
NA
Recent Payment:
NA

Your Statement:
Completed investigation of FCRA dispute - consumer disagrees.

Payment History:

| 2012 AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2011 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | 30 | 30 | OK | OK | OK | OK | OK | 30 | OK | 30 | OK | 30 | 30 | 30 | 30 | 30 | OK | OK | OK |

| 2010 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2009 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| APR | MAR | FEB | JAN | 2008 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2007 DEC | NOV | OCT | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2006 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2005 DEC | NOV | OCT | SEP |
|---|---|---|---|
| OK | OK | OK | OK |

Account History:
30 days past due as of Jul 2012, Jun 2012, Dec 2011, Oct 2011, Apr 2011 to Aug 2011, Oct 2010, Sep 2010

# Accounts in Good Standing                                                                                                     back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.



# Experian
*A world of insight*

Page 1 of 2

Prepared for: **CHRISTIE DELARA**
Date: **August 17, 2012**
Report number: **4084-9375-43**

## How to read your results

**Deleted** – This item was removed from your credit report
**Remains** – This item was not changed as a result of our processing of your dispute
**Updated** – A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you
**Processed** – This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

| Credit Items | Outcome |
|---|---|
| GMAC<br>02164103.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

## Additional Information

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box and within 30 days return this original page to P.O. Box 9701, Allen, TX 75013.
Copies will not be accepted.

**What's your credit score?**
Find out by ordering your VantageScore® from Experian for only **$7.95**. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may: request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available; add a statement disputing the accuracy or completeness of the information; and request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

PO Box 9701
Allen, TX 75013

**EXHIBIT 2**

0005707 01 MB 0.401 **AUTO T5 0 7198 89005-213099 -C01-P05712-I
CHRISTIE DELARA
806 BUCHANAN BL #115-151
BOULDER CITY NV 89005-2130

Scan me with your smart phone for special offers from Experian.

0234409847



Prepared for: **CHRISTIE DELARA**
Date: **August 17, 2012**
Report number: **4084-9375-43**

Page 2 of 2

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | | | |
|---|---|---|---|
| **OK** | Current/Terms of agreement met | **VS** | Voluntarily surrendered |
| | Account 30 days past due | **R** | Repossession |
| | Account 60 days past due | **PBC** | Paid by creditor |
| | Account 90 days past due | **IC** | Insurance claim |
| | Account 120 days past due | **G** | Claim filed with government |
| | Account 150 days past due | **D** | Defaulted on contract |
| **180** | Account 180 days past due | **C** | Collection |
| **CRD** | Creditor received deed | **CO** | Charge off |
| **FS** | Foreclosure proceedings started | **CLS** | Closed |
| **F** | Foreclosed | **ND** | No data for this time period |

## Credit items

**GMAC**
PO BOX 380901
BLOOMINGTON MN 55438
**Phone number**
(888) 925 2559
**Partial account number**
02164103....
**Address identification number**
0178374645

**Date opened**
Mar 1996
**First reported**
Aug 2005
**Date of status**
Aug 2012

**Type**
Auto Lease
**Terms**
36 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$17,411
**High balance**
Not reported

**Recent balance**
Not reported

**Responsibility**
Joint with
JASON S KNIGHT
**Status**
Paid, Closed.
**Comment**
Completed investigation of FCRA dispute - consumer disagrees.
This item was updated from our processing of your dispute in Aug 2012.

**Payment history**

| 2012 | | | | | | | | 2011 | | | | | | | | | | | | | 2010 | | | | | | | | | | | | | 2009 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| CLS | | OK | OK | OK | OK | OK | | OK | | | | | | | | OK | OK | OK | OK | OK | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2008 | | | | | | | | | | | | 2007 | | | | | | | | | | | | 2006 | | | | | | | | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

0234409847